200 So. 572

### George WINCHESTER v. STATE.

8 Div. 101.

Supreme Court of Alabama.

Feb. 20, 1941.

Rehearing Denied March 6, 1941.

W. L. Chenault, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of George Winchester for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Winchester v. State, 200 So. 571.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.